**In re AGAR CORP., INC.**

**No. 01–1231, 01–1414, –2–1061.**

United States Court of Appeals, Federal Circuit.

April 10, 2002.

### ORDER

Upon consideration of the parties' joint motions to remand these cases to the Pat-

ent and Trademark Office for further proceedings,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) Each side shall bear its own costs.